Case 2:16-cv-00217-SRC-CLW Document 163 Filed 10/24/18 Page 1 of 3 PageID: 3234
Case 2:16-cv-00217-SRC-CLW Document 161 Filed 10/24/18 Page 11 of 13 PageID: 3221

EXECUTION COPY

**Exhibit A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CL

| | |
|---|---|
| DOW PHARMACEUTICAL SCIENCES, INC. and VALEANT PHARMACEUTICALS NORTH AMERICA LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TARO PHARMACEUTICALS U.S.A., INC. and TARO PHARMACEUTICAL INDUSTRIES LTD., <br><br> Defendants, <br><br> ACTAVIS LABORATORIES UT, INC. <br><br> Defendant, <br><br> PERRIGO UK FINCO LIMITED PARTNERSHIP, PERRIGO ISRAEL PHARMACEUTICALS LTD., L. PERRIGO COMPANY, and PERRIGO COMPANY, <br><br> Defendants. | Civil Action No.: 2:16-cv-00217-SRC-CLW <br> (consolidated) |

**STIPULATED DISMISSAL**

WHEREAS Plaintiffs Dow Pharmaceutical Sciences, Inc. ("Dow") and Valeant Pharmaceuticals North America LLC ("Valeant") and Defendants Taro Pharmaceuticals U.S.A., Inc. and Taro Pharmaceutical Industries Ltd. (collectively, "Taro") are parties to this litigation relating to U.S. Patent No. 8,288,434 (the "'434 patent"), U.S. Patent No. 9,504,704 (the "'704 Patent"), and U.S. Patent No. 9,561,208 (the "'208 Patent") and have agreed to the terms and conditions representing a negotiated settlement of this

action and have set forth those terms and conditions in a Confidential Settlement and License Agreement (the "Settlement Agreement"),

IT IS HEREBY STIPULATED AND AGREED, through their undersigned counsel of record, that pursuant to Fed. R. Civ. P. 41(a)(2) and in consideration of the Settlement Agreement, Plaintiffs and Taro hereby agree and stipulate to the following:

1. All claims, counterclaims and affirmative defenses of Plaintiffs and Taro in this action are hereby dismissed without prejudice;

2. Plaintiffs and Taro shall each bear their own costs and attorney fees; and

3. The Court shall retain jurisdiction over the parties and this action to the extent necessary to enforce the terms of the Settlement Agreement.

**IT IS SO STIPULATED:**

Dated: October 23, 2018

                GIBBONS P.C.

                *Attorneys for Plaintiffs Dow Pharmaceutical Sciences, Inc. and Valeant Pharmaceuticals North America LLC*

                s/ William P. Deni, Jr.
                William P. Deni, Jr.
                Charles H. Chevalier
                J. Brugh Lower
                One Gateway Center
                Newark, NJ 07102
                (973) 596-4500

                Of Counsel:
                Bryan C. Diner
                Justin J. Hasford
                M. Andrew Holtman
                FINNEGAN, HENDERSON,
                FARABOW, GARRETT & DUNNER, LLP
                901 New York Avenue, NW

Washington, DC 20001-4413
(202) 408-4000


RIVKIN RADLER LLP

*Attorneys for Defendants Taro Pharmaceuticals U.S.A., Inc. and Taro Pharmaceutical Industries Ltd.*

s/ Gregory D. Miller
Gregory D. Miller
Rivkin Radler LLP
21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, New Jersey 07601-7021
(201) 287-2460

Of Counsel:
William R. Zimmerman
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Avenue N.W., Suite 900
Washington, DC 20006
(202) 640-6400

William O. Adams
Karen M. Cassidy
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
(949) 760-0404


So Ordered: s/ Stanley R. Chesler, USDJ
_____